UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO AVILA, <br>     Petitioner, <br>   v. <br> M. BITER, Warden, <br>     Respondent. | NO. CV 12-9327-JVS (AGR) <br><br> JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 12, 2014

_____
JAMES V. SELNA
United States District Judge